

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLIVIA CABANILLA, ) <br> ) <br> Defendant. ) <br> ) | NO.: CR 13-00597-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1 |     based on her prior failures to appear and her family connection
2 |     to Mexico;
3 |     and
4 | B.  (X)  The defendant has not met her burden of establishing by
5 |     clear and convincing evidence that she is not likely to pose a
6 |     danger to the safety of any other person or the community if
7 |     released under 18 U.S.C. § 3142(b) or (c). This finding is
8 |     based on her prior criminal history and contacts with law
9 |     enforcement.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 1, 2013

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE